IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LUPE KING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 17-CV-1337-SMY-RJD |
| | ) |
| **ROBERT WILKIE,** *Acting Secretary of Veterans Affairs*, | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Lupe King's Complaint was dismissed without prejudice on September 27, 2018 because it did not meet the pleading requirements of Federal Rule of Civil Procedure 8 (Doc. 12). King was directed to file an Amended Complaint and to refile her Motion to Proceed *in forma pauperis* ("IFP"). Plaintiff timely filed an Amended Complaint (Doc. 13) but did not refile her Motion to Proceed IFP or pay the filing fee.

Accordingly, Plaintiff is **ORDERED** to either refile her Motion to Proceed IFP or pay the $400.00 filing fee on or before **June 3, 2019**. The failure to do so may result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

**DATED:** May 20, 2019

**STACI M. YANDLE**
**United States District Judge**